# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| KASIM GANDY, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:16-cv-44 |
| | * | |
| v. | * | |
| | * | |
| TOM GRAMIAK; EDWINA JOHNSON; | * | |
| JOHN BOYETT; NATHAN BROOKS; | * | |
| WILLIAM STEEDLY; AUSTIN ADAMS; | * | |
| KIMBERLY LOWE; and UNIT MANAGER | * | |
| COX, | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's April 11, 2017, and July 3, 2017, Reports and Recommendations, dkt. nos. 47, 65, to which Plaintiff and Defendants did not file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Reports and Recommendations as the opinion of the Court. The Court **GRANTS IN PART** and **DENIES IN PART** Defendants' Motions to Dismiss, dkts. no. 21, 34.

The Court **GRANTS** Defendants' Motions as to Defendants Adams, Johnson, and Boyett and **DISMISSES** Plaintiff's claims against those Defendants in their entirety. Additionally, the

Court **GRANTS** the portion of Defendants' Motions to Dismiss as to Plaintiff's substantive due process claims and **DISMISSES** Plaintiff's substantive due process claims against all Defendants.  However, the Court **DENIES** the portion of the Motions to Dismiss as to Plaintiff's procedural due process claims, and those claims shall remain pending.

**SO ORDERED**, this 31 day of August, 2017.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA