# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| KASIM GANDY, | * |
| Plaintiff, | * CIVIL ACTION NO.: 5:16-cv-44 |
| v. | * |
| TOM GRAMIAK, et al., | * |
| Defendants. | * |

## ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 102. Plaintiff did not file any Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **GRANTS** Defendants' unopposed Motion for Summary Judgment, dkt. nos. 88, 92, and **DISMISSES** Plaintiff's Complaint. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 26 day of March, 2019.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)